## IN THE MATTER OF THE TRUST ESTATE OF H. RENJES, DECEASED.

### No. 3052.

FILED NOVEMBER 30, 1957.                    DECIDED DECEMBER 16, 1957.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument.

*Roger E. Brooks, Genro Kashiwa* and *Shiro Kashiwa* for the petition.

## TERRITORY OF HAWAII *v.* RICHARD S. UYEHARA.

### No. 4016.

FILED DECEMBER 11, 1957.                    DECIDED DECEMBER 16, 1957.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument.

*Hyman M. Greenstein* and *John R. Desha II* for the petition.